UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DESIREE TOWNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MARTIN O'MALLEY, ) | 5:21-CV-326-BO |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay Plaintiff's counsel, Charlotte W. Hall, the sum of $17,500.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $5,750.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This judgment filed and entered on March 4, 2024, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Amanda Gilman (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)

March 4, 2024

PETER A. MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk